# Kiartten (http://www.kiartten.com/)

HOME (HTTP://WWW.KIARTTEN.COM/)
PRODUCT (HTTP://WWW.KIARTTEN.COM/PRODUCT-CATEGORY/PRODUCT/)
SUPPORT (HTTP://WWW.KIARTTEN.COM/CATEGORY/SUPPORT/)
ABOUT US (HTTP://WWW.KIARTTEN.COM/ABOUT-US/)

search entire store here 🔍   Login

Home (http://www.kiartten.com) > Hot Products (http://www.kiartten.com/product-category/hotproducts/) > Portable Key Holder/Organizer From Kiartten Eliminates Bulging Pockets Holds Up To 14 Keys Compact Easy To Carry Durable Construction Fits Most Keys Great Gift Idea Find The Right Key Instantly



(http://www.kiartten.com/wp-content/uploads/2016/08/71oe8AzIjAL._SL1500_.jpg)

## PORTABLE KEY HOLDER/ORGANIZER FROM KIARTTEN ELIMINATES BULGING POCKETS HOLDS UP TO 14 KEYS COMPACT EASY TO CARRY DURABLE CONSTRUCTION FITS MOST KEYS GREAT GIFT IDEA FIND THE RIGHT KEY INSTANTLY

~~$29.99~~ $27.99

BUY AT AMAZON (HTTPS://WWW.AMAZON.COM/ORGANIZER-KIARTTEN-ELIMINATES-CONSTRUCTION-INSTANTLY/DP/B01GVW9BTG4/REF=SR_1_2?IE=

Categories: Hot Products (http://www.kiartten.com/product-category/hotproducts/), Product (http://www.kiartten.com/product-category/product/)






Portable Key Holder/Organizer From Kiartten Eliminates Bulging Pockets Holds Up To 14 Keys Compact Easy To Carry Dura... Page 2 of 2

Case: 1:17-cv-01356 Document #: 2-2 Filed: 02/22/17 Page 2 of 2 PageID #:22

Description  Reviews (0)

## Product Description

- MORE POCKET SPACE: The key organizer's one-of-a-kind design neatly store many keys in a single compact holder. Users will find they have more room in their pockets and less noticeable bulges.
- QUALITY CONSTRUCTION: This clever key holder is made with premium stainless steel and aluminum alloys. Its assembly makes it incredibly durable, so it will not break if it falls out of a pocket or gets dropped.
- UNIVERSAL USAGE: This holder is designed to fit through the holes on most commercially made keys. It has a special tab for attaching oversized keys or keychain decorations.
- LARGE CAPACITY: The smart key organizer can fit up to 14 keys for exterior doors, as well as garage doors, automobiles, watercraft, storage lockers, bicycle locks, and padlocks.
- TERRIFIC GIFT IDEA: The key organizer is practical, stylish, and makes the perfect gift for any friend or family member who struggles to keep their keys straight or fit all of their keys into one pocket.

## CONTACT US

235 Montgomery St San Francisco, CA 94104

415-802-3085

service@kiartten.com (mailto:service@kiartten.com)

© 2016 Kiartten.