




EXHIBIT C



## CUSTOMER REVIEWS



**GOOD QUALITY!**
(HTTP://WWW.KIARTTEN.COM
ARRIVAL/)

READ MORE
(HTTP://WWW.KIARTTEN.COM/2016/01/28/NEW-
ARRIVAL/)

**LOVE IT! WORKS AS DESCRIBED!**
(HTTP://WWW.KIARTTEN.COM
TRADITIONAL/)

READ MORE
(HTTP://WWW.KIARTTEN.COM/2016/01/28/CHINESE-
TRADITIONAL/)

(http://www.kiartten.com/2016/01/28/sundress/)
**THIS KEY ORGANIZER ACTUALLY DELIVERS ON IT'S CLAIMS!**
(HTTP://WWW.KIARTTEN.COM/2016/01/28/SUNDRESS/)

I purchased an almost identical key holder from another company which claimed to hold 10-12 keys and I was only able to get 4 keys and key ring on. Even then, I was one or two washers short. I was very disappointed with it. I decided to take a chance on this Kiartten key holder although it's the same concept and looks the same at the one I previously purchased. This one blows it out of the water. This key holder

READ MORE (HTTP://WWW.KIARTTEN.COM/2016/01/28/SUNDRESS/)

**SAFE, STURDY AND GREAT QUALITY CAN OPENER**
(HTTP://WWW.KIARTTEN.COM
TO-USE-THIS-KIND-OF-
HEADSET/)

READ MORE
(HTTP://WWW.KIARTTEN.COM/2016/06/20/HOW-
TO-USE-THIS-KIND-OF-HEADSET/)

**THESE LIGHTS ARE GREAT FOR THE KEEN INDOOR GARDENER.**
(HTTP://WWW.KIARTTEN.COM
TO-USE-THIS-KIND-OF-
HEADSET2/)

READ MORE
(HTTP://WWW.KIARTTEN.COM/2016/06/20/HOW-
TO-USE-THIS-KIND-OF-HEADSET2/)

Case: 1:17-cv-01356 Document #: 2-3 Filed: 02/22/17 Page 3 of 3 PageID #:25

## CONTACT US



235 Montgomery St San Francisco, CA
94104



415-802-3085



service@kiartten.com
(mailto:service@kiartten.com)

© 2016 Klartten.