



EXHIBIT E








Roll over image to zoom in