Curv Brands, LLC, et al.
                                Plaintiff,

v.                                          Case No.: 1:17−cv−01356
                                            Honorable Matthew F. Kennelly

11th City, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 1, 2017:

      MINUTE entry before the Honorable Matthew F. Kennelly: Settlement conference held with party representatives for both sides present. Binding settlement agreement reached, subject to completing documentation. The Court thanks the parties and their counsel for their professionalism and their willingness to work toward a mutually acceptable settlement. A telephone status hearing is set for 6/22/2017 at 8:45 AM. Counsel are to jointly call chambers (312−435−5618). The Court will vacate the status hearing if a stipulation for dismissal without prejudice, to convert later to a dismissal with prejudice, is submitted before 6/22/2017. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.