THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CURV BRANDS, LLC and<br>CURV GROUP, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>11th CITY,<br><br>        Defendant. | Judge: Matthew F. Kennelly<br><br>Magistrate Judge: Jeffrey T. Gilbert<br><br>Civil Action No.: 1:17-CV-1356<br><br>JURY DEMAND |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Curv Brands, LLC and Curv Group, LLC, Defendant 11th City, and former Defendants Jonathan Park and Goldeast, LLC, have reached an amicable Settlement Agreement for resolution of this action and their dispute, and hereby stipulate to the dismissal of the entirety of the above-captioned action without prejudice, including all claims, counterclaims and defenses asserted therein, and all pending motions. Each party shall bear its own costs and attorneys' fees.

Dated: June 22, 2017

/s/Maxwell J. Petersen/
Maxwell J. Petersen
Steven M. Shape
LEWIS BRISBOIS BISGAARD & SMITH, LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
Tel: (312) 463-3386
Fax: (312) 345-1778
Email: maxwell.petersen@lewisbrisbois.com
       steven.shape@lewisbrisbois.com

Attorneys for Curv Brands, LLC and Curv Group, LLC

/s/Nicholas S. Lee/
Edward L. Bishop
Nicholas S. Lee
Benjamin A. Campbell
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Rd., Suite 800
Schaumburg, Illinois 60173
Tel. (847) 969-9123
Fax: (847) 969-9124
Email: ebishop@bdl-iplaw.com
       nlee@bdl-iplaw.com
       bcampbell@bdl-iplaw.com

Attorneys for 11th City, Jonathan Park, and Goldeast, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June 2017, I caused to be served, electronically using the Court's electronic transmission facilities, copies of the foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE on the following:

>Edward L. Bishop
>Nicholas S. Lee
>Bishop Diehl & Lee Ltd
>1475 E. Woodfield Road, Suite 800
>Schaumburg, IL 60173
>ebishop@bdl-iplaw.com
>nleee@bdl-iplaw.com

/s/Maxwell J. Petersen/